1

2

3  Ethan Jones, WSBA No. 46911
   Kathryn Marckworth, WSBA No. 46964
4  Yakama Nation Office of Legal Counsel
   P.O. Box 150 / 401 Fort Road
5  (509) 865-7268
   ethan@yakamanation-olc.org
6  kate@yakamanation-olc.org

7  Attorneys for the Confederated Tribes and
   Bands of the Yakama Nation
8

9
                **UNITED STATES DISTRICT COURT**
10               **EASTERN DISTRICT OF WASHINGTON**

11

12 THE CONFEDERATED TRIBES          **Case No.: 1:18-cv-03110**
   AND BANDS OF THE YAKAMA
13 NATION,
                                    PLAINTIFF'S REPLY
14              Plaintiff,          STATEMENT OF MATERIAL
   v.                              FACTS NOT IN
15                                  DISPUTE FOR SUMMARY
                                    JUDGMENT
   KLICKITAT COUNTY, *et. al.*,
16
                Defendants.
17

18

19      Pursuant to Local Civil Rule 56(c)(1)(C) for the United States District

20 Court for the Eastern District of Washington, Plaintiff Confederated Tribes and

21 Bands of the Yakama Nation ("Plaintiff") respectfully submits that Defendants do

22 not dispute material facts which Plaintiff contends are not in genuine dispute.

23 ECF No. 23-1 at 2, l. 2 and ECF No. 22 at 2 – 4.

24

25

26

PLAINTIFF'S REPLY STATEMENT OF                    **YAKAMA NATION**
MATERIAL FACTS NOT IN DISPUTE                **OFFICE OF LEGAL COUNSEL**
FOR SUMMARY JUDGMENT - 1                  **P.O. Box 150 / 401 Fort Road**
                                              **Toppenish, WA 98948**
                                             **Phone (509) 865-7268**

1  Respectfully submitted this 8th day of April, 2019.

2

3  s/Ethan Jones
Ethan Jones, WSBA No. 46911
Kathryn Marckworth, WSBA No. 46964
4  YAKAMA NATION OFFICE OF LEGAL
COUNSEL
5  P.O. Box 150, 401 Fort Road
Toppenish, WA 98948
6  Telephone: (509) 865-7268
Facsimile: (509) 865-4713
7  ethan@yakamanation-olc.org
kate@yakamanation-olc.org
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S REPLY STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE
FOR SUMMARY JUDGMENT - 2

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268