# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Native Nation,<br>*Plaintiff*<br>v.<br>KLICKITAT COUNTY, a political subdivision of the State of Washington, et al.,<br>*Defendant* | Civil Action No. 1:18-CV-3110-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Declaratory judgment is entered in favor of Plaintiff against each Defendant as follows:
a. Washington's Fireworks Regulations, as set forth in RCW 70.11 et seq., are properly understood as "regulatory only, and not prohibitory"; and
b. Defendants do not have civil regulatory jurisdiction over enrolled Yakama Members selling fireworks in Indian Country, including Yakama trust allotments.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Plaintiff's Motion for Summary Judgment ECF No. 21.

Date: April 24, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen